UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

    Plaintiff,

v.

ROBERT SCALES, et al.,

    Defendants.
_____/

Case No. 1:20-cv-1041

HON. JANET T. NEFF

# ORDER

This is a civil action. Plaintiff filed a Motion to Interplead Funds with the Court (ECF No. 31). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 24, 2021, recommending that the motion be granted, the Court enter the proposed order (ECF No. 31-1), and Plaintiff be dismissed from this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 38) is APPROVED and ADOPTED as the Opinion of the Court.

The Court will enter the proposed order (ECF No. 31-1).

Dated: June 24, 2021                                         /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge